1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   EDUARD CAZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:15-mj-0170-AC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL |
| v. | ) | DATE:  December 7, 2015 |
| EDUARD CAZA, | ) | TIME:  9:00 a.m. |
|  | ) | JUDGE: Hon. Allison Claire |
| Defendant. | ) |  |

It is hereby stipulated and agreed to between the United States of America through ELLIOT WONG, Special Assistant U.S. Attorney, and defendant EDUARD CAZA by and through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the bench trial set for October 26, 2015 be continued to December 7, 2015 at 9:00 a.m.

The continuance is requested for the defense to conduct further investigation. Therefore the parties are in agreement to continue the bench trial to December 7, 2015.

DATED: October 6, 2015                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Linda Harter
                                          LINDA HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          EDUARD CAZA

| | |
|---|---|
| DATED: October 6, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Elliot Wong<br>ELLIOT WONG<br>Special Assistant U.S. Attorney<br>Attorney for Plaintiff |

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the October 26, 2015 bench trial shall be continued until December 7, 2015, at 9:00 a.m.

DATED: October 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE