BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-00170-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER |
| v. | |
| EDUARD L. CAZA, | |
| Defendant. | |

The United States Attorney through its respective counsel, Elliot C. Wong, Special Assistant United States Attorney, and Linda Harter, attorney for the defendant, Eduard L. Caza, hereby stipulate For a protective order related to the discovery materials to be disclosed by the United States to the defendant, specifically 25 pages of documents that contain unsubstantiated allegations against United States Forest Service Officer Daniel Cruz made by his former-supervisor, in the above-captioned case.

Good cause exists to limit the disclosure of these discovery

///

///

1 materials in the pending criminal matter, *United States v. Caza*,
2 2:15-mj-00170-AC, because public disclosure and wide dissemination of
3 these discovery materials can compromise privacy interests.
4    Pursuant to Fed. R. Crim. P. 16(d)(1), the discovery materials
5 identified above may be disclosed to defense counsel of record, and
6 his or her legal associates, investigators, paralegals, and clerical
7 employees involved in *United States v. Caza*, 2:15-mj-00170-AC, as
8 long as such disclosures are made solely for the purpose of preparing
9 a defense to the charges pending in that case.  Said materials may
10 not be disclosed to other persons without an order of the Court upon
11 a showing of particularized need.  Said materials may not be
12 disclosed to the defendant.  Defense counsel of record may make
13 copies of said material.
14    Said materials must be returned to the United States Attorney's
15 Office no later than after the time to appeal has expired.
16    Any and all copies of said material are subject to the same
17 disclosure restrictions, and must be returned to the United States
18 Attorney's Office with the original after the time to appeal has
19 expired.

21 DATED: December 4, 2015         BENJAMIN B. WAGNER
                                   United States Attorney
22

23
                                   _/s/ Elliot C. Wong_____
24                                 ELLIOT C. WONG
                                   Special Assistant U.S. Attorney
25

26 DATED: December 4, 2015         _/s/ Linda C. Harter_____
                                   LINDA C. HARTER
27                                 Chief Assistant Federal Defender
                                   Counsel for Defendant
28

1 IT IS ORDERED THAT good cause exists to limit disclosure of the discovery materials to be disclosed by the United States to the defendant, specifically 25 pages of documents that contain unsubstantiated allegations against United States Forest Service Officer Daniel Cruz made by his former-supervisor, in the above-captioned case.

IT IS FURTHER ORDERED THAT pursuant to Fed. R. Crim. P. 16(d)(1), the discovery materials identified above may be disclosed to defense counsel of record, and his or her legal associates, investigators, paralegals, and clerical employees involved in *United States v. Caza*, 2:15-mj-00170-AC, as long as such disclosures are made solely for the purpose of preparing a defense to the charges pending in that case.  Said materials may not be disclosed to other persons without an order of the Court upon a showing of particularized need.  Said materials may not be disclosed to the defendant.  Defense counsel of record may make copies of said material.

IT IS FURTHER ORDERED THAT Said materials must be returned to the United States Attorney's Office no later than after the time to appeal has expired.

IT IS FURTHER ORDERED THAT Any and all copies of said material are subject to the same disclosure restrictions, and must be returned to the United States Attorney's Office with the original after the time to appeal has expired.

IT IS SO ORDERED.

Dated: December 4, 2015

*[signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE